No. 91–970. RYDEEN v. QUIGG, COMMISSIONER OF PATENTS AND TRADEMARKS. C. A. Fed. Cir. Certiorari denied. ▪

No. 91–978. COLEMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▪

No. 91–984. ADAMS v. UNITED STATES. C. A. 8th Cir. Certiorari denied. ▪

No. 91–1000. CROOK v. UNITED STATES. C. A. 8th Cir. Certiorari denied. ▪

No. 91–1008. ROBINSON v. UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied. ▪

No. 91–1012. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, AFL–CIO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–1029. ANDERSON ET AL. v. CONSOL-PENNSYLVANIA COAL CO. ET AL. C. A. 3d Cir. Certiorari denied. ▪

No. 91–1033. CASCADE DEVELOPMENT CO., INC. v. MADIGAN, SECRETARY OF AGRICULTURE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–1046. THOMPSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▪

No. 91–1051. CASHMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▪

No. 91–1054. SHUTZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▪

No. 91–5290. SCHAAL v. MISSOURI. Sup. Ct. Mo. Certiorari denied. ▪

No. 91–5477. BROWN v. UNITED STATES. C. A. 8th Cir. Certiorari denied. ▪

No. 91–5891. BOLES v. MCGINNIS, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTION. C. A. 7th Cir. Certiorari denied.